```
 1  BARBARA J. PARKER, City Attorney – SBN 069722
    RANDOLPH W. HALL, Chief Assistant City Atty. – SBN 080142
 2  JAMES F. HODGKINS, Supervising Trial Atty. – SBN 142561
    CHARLES E. VOSE, Senior Deputy City Atty. – SBN 139700
 3  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California  94612
 4  Telephone:  (510) 238-2961  Fax:  (510) 238-6500
    cevose@oaklandcityattorney.org
 5  27299/853807

 6  Attorneys for Defendants
    MICHAEL FINNICUM & MICHAEL STOLZMAN
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH WILSON, MARIO WILSON and LILLIAN WILSON,, <br><br> Plaintiffs, <br><br> v. <br><br> Police Officer MICHAEL FINNICUM, Police Officer MICHAEL STOLTZMAN, Police Officer JOSHUA O'MARY and Does 1 through 20, inclusive, <br><br> Defendants. | Case No.  C10-05593 EDL (LB) <br><br> **ORDER EXCUSING OFFICERS FROM SETTLEMENT CONFERENCE** |

Upon application by Defendants in this action, it is hereby ordered as follows:

Defendant Officers MICHAEL FINNICUM and MICHAEL STOLTZMAN are hereby excused from attending the Settlement Conference in this action, scheduled for ~~September 6,~~ October 11, 2011. A command level member of the Oakland Police Department will attend the Settlement Conference on behalf of the Defendant Officers.

///

///

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** |
| 2 | |
| 3 | Dated: October 3, 2011 |
| 4 | |
| 5 | _____<br>THE HONORABLE MAGISTRATE JUDGE LAUREL BEELER |