UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SMITH WILSON, MARIO WILSON, and LILLIAN WILSON,

        Plaintiffs,

  v.

MICHAEL FINNICUM, et al.,

        Defendants.
_____/

No. C 10-5593 EDL

**ORDER OF DISMISSAL**

The Court held a hearing on Defendants' motion to compel discovery responses and motion for sanctions on November 22, 2011, at which Plaintiffs Smith Wilson, Mario Wilson, and Lillian Wilson appeared pro se and Defendants appeared through counsel. As stated on the record, the parties stipulated to dismissal of this action with prejudice, each party to bear its own costs. Pursuant to stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 22, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge